No. 313.  UNITED STATES *v.* VAN PELT.  October 9, 1944.  Petition for writ of certiorari to the Circuit Court

of Appeals for the Sixth Circuit denied. *Solicitor General Fahy* for the United States. *Mr. Charles E. Marshall* for respondent.